P. CHARLES DENERI, as Secretary-Treasurer of Barbers' and Beauty Culturists Union of America, Local No. 7, Appellant, *v.* GENE LOUIS, INC., Respondent.

Submitted February 27, 1942; decided April 30, 1942.

*Louis P. Goldberg, Benjamin Wyle* and *Samuel S. Rosh* for appellant.

*Ralph Weller* for respondent.

Judgments modified by providing that the complaint is dismissed without prejudice to a new action, and as so modified, affirmed, without costs. Sufficient basis does not exist in the statement of " agreed facts " for a determination upon the merits of the questions argued in the briefs since the statement recites only claims and contentions of plaintiff instead of facts. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.